# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-1615

_____

Robert Earl Clayborne, Jr.,

*Plaintiff - Appellant*,

v.

Lancanster County; Lancaster County Jail Director, individually and in their official capacity jointly and severally; Lancaster County Medical Director, individually and in their official capacity jointly and severally; Lancaster County Correct Care Solutions Medical Department; Mary Howell, Lancaster County Correct Care Solutions Mental Health Practitioner, individually and in their official capacity jointly,

*Defendants*,

Christopher Eickholt, Lancaster County Public Defender/Court Official, individually and in their official capacity jointly and severally; Lori Pasold, Lancaster County Attorney, individually and in their official capacity jointly and severally; Stephanie Stacy, Lancaster County District Court Judge, individually and in their official capacity jointly and severally,

*Defendants - Appellees*,

Patrick F. Condon, Lancaster County Chief Deputy County Attorney, individually and in their official capacity jointly and severally; State of Nebraska,

*Defendants*.

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: July 22, 2016
Filed: August 3, 2016
[Unpublished]

_____

Before COLLOTON, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Robert Clayborne, Jr. appeals the district court's[1] 28 U.S.C. § 1915(e)(2) dismissal of his pro se complaint asserting a claim of deliberate indifference to his serious medical needs, under 42 U.S.C. § 1983, and a claim of disability discrimination, under the Americans with Disabilities Act. Upon careful de novo review, *see Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we conclude that the dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.